CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

OCT 20 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DELORES SIMMONS, as Administrator of the Estate of Harrie Simmons, Jr. ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 7:05CV00053 |
| v. ) ) | **ORDER** |
| GENE M. JOHNSON, et al., ) ) | By: Hon. Glen E. Conrad |
| Defendant. ) | United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that defendants' motions to dismiss are **DENIED**.

The Clerk is directed to send certified copies of this order to the defendants and to all counsel of record.

ENTER: This 20th day of October, 2005.

_____
United States District Judge